JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PINARD MARC JAMES GUERRIER et al.,

Plaintiff,

v.

KRISTI NOEM et al.,

Defendants.

Case No. 5:26-cv-03460-SB-DMK

FINAL JUDGMENT

For the reasons stated in a separate order, the habeas petition is dismissed as moot.

This is a final judgment.

Date: July 29, 2026

Stanley Blumenfeld, Jr.
United States District Judge